No. 65717.—Ecuadorian Panama Hat Co., Inc., and S. Stern Henry & Co. v. United States, protest 60/26512 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiffs was sustained.

No. 65718.—Beer Stern Import Corp. et al. v. United States, protests 276988–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief value of silk, the claim of the plaintiffs was sustained.

No. 65719.—A. L. Erlanger Co., Inc., et al. v. United States, protests 253688–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon filaments similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.